Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendants*
*The Wellth Collective, LLC and*
*Susan Baleson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VBELLE, INC., a California S Corporation; and VICTORIA RECAÑO, an individual residing in California,<br><br>Plaintiffs,<br><br>v.<br><br>THE WELLTH COLLECTIVE, LLC, a Texas corporation; SUSAN BALESON, an individual residing in Texas; DOES 1 through 50; and ROE ENTITIES 51-100, inclusive,<br><br>Defendants.<br><br>THE WELLTH COLLECTIVE, LLC, a Texas corporation,<br><br>Counterclaimant,<br><br>v.<br><br>VBELLE, INC., a California S Corporation; and VICTORIA RECAÑO, an individual residing in California,<br><br>Counterdefendants. | Case No. 2:25-cv-00554-GMN-BNW<br><br>District Court No.: A-24-902245-C<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR BRIEFING IN RESPONSE TO MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS AND FOR FILING JOINT PRETRIAL MEMORANDUM**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b), LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant/Counterclaimant THE WELLTH COLLECTIVE, LLC ("TWC"), Defendant SUSAN BALESON ("Baleson"), (together with TWC, the "Defendants"), and



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Plaintiff/Counterdefendants VBELLE, INC. ("VBelle") and VICTORIA RECAÑO ("Recaño" together with VBelle, "Plaintiffs," and together with Defendants, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully seek the Court's permission, to extend (1) Plaintiffs' deadline to file response to Defendants Motion for Attorneys' Fees and Costs (ECF No. 37) (the "Fee Motion"), (2) Plaintiffs' deadline to file objection to Defendants' Bill of Costs (ECF No. 38) (the "Bill of Costs"), and (3) the deadline for the Parties to file their Joint Pretrial Order (the "Pretrial Order") pursuant to the Court's Order (ECF No. 35) (the "MSJ Order") Plaintiffs' response(s) to the Fee Motion and Bill of Costs are currently due by October 23, 2026. The Pretrial Order is currently due by October 26, 2026. This is the Parties' first requested extension of these deadlines. The Parties request extensions of one (1) week for each respective deadline.

In support of their joint stipulation and request, the Parties state as follows:

On October 23, 2026, counsel for Plaintiffs contacted counsel for Defendants to request the foregoing extensions because he was experiencing problems logging in to his firm system. Defendants' counsel agrees to the foregoing one-week extension of each affected deadline.

The Parties agree that the foregoing constitutes good cause for the requested extension of the deadline for the Parties to submit their Pretrial Order, from October 26, 2026 to and including November 2, 2026.

The Parties further agree that the foregoing constitutes good cause for the requested extension of the deadlines for Plaintiffs' response(s) to the Fee Motion and Bill of Costs, from October 23, 2026 to and including November 2, 2026.[1]

---

[1] To align all three deadlines for ease of calendaring and to avoid any inconsistency, the Parties have agreed to align all deadlines on November 2, 2026, with is one-week from the current deadline of October 26, 2026 for the Pretrial Order.

The Parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 23rd day of October 2026.

**HOLLAND & HART LLP**

By: */s/ Sydney R. Gambee*
Joseph G. Went, Esq.
Sydney R. Gambee, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants The Wellth Collective, LLC and Susan Baleson*

DATED this 23rd day of October 2026.

**IDEKER LAW PLLC**

By: */s/ Ken L. Ideker,, Esq.*
Ken L. Ideker, Esq.
Nevada Bar No. 15571
6600 W. Charleston Blvd., #121
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

34582781_v1



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**ORDER**

**IT IS HEREBY ORDERED** that the Stipulation for Extension of Time, (ECF No. 39), is **GRANTED.** The deadline for the parties to submit their Pretrial Order is extended to November 2, 2026. The deadline for Plaintiffs to file a Reply to the Motion for Attorneys' Fees, (ECF No. 37), and to object to the Bill of Costs, (ECF No. 38), is extended to November 2, 2026.

**IT IS FURTHER ORDERED** that the duplicative Stipulation for Extension of Time, (ECF No. 40), is **STRICKEN**.

**DATED** this 27 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT